IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| OCTAVIOUS WILLIAMS, | * |
| Petitioner, | * |
| v. | Case No. 1:23-CV-98(LAG) |
| | * |
| PERRY, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 8, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioners shall recover nothing of Respondent.

This 8th day of August, 2023.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk